UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE THOMAS, aka HORACE BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>D. RAINWATER, et al.,<br><br>    Defendants. | No. 2:14-cv-0106 MCE KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

By an order filed March 7, 2014, plaintiff was ordered to pay the appropriate filing fee within twenty-one days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The twenty-one day period has now expired, and plaintiff has not responded to the court's order and has not paid the appropriate filing fee.

Plaintiff is precluded from proceeding in forma pauperis in this action pursuant to 28 U.S.C. § 1915(g). On at least three occasions lawsuits filed by the plaintiff have been dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted. See Orders filed July 12, 2012, in Bell v. Kurz, 1:10-cv-0310 LJO GSA (E.D. Cal.) (failure to state a claim; adopting May 30, 2012 findings and recommendations); August 26, 2011, in Bell v. Lopez, Case No. 1:10-cv-1762 SKO (E.D. Cal.) (failure to state a claim); June 15, 2010, in Bell v. Shapiro, Case No. 10-55278 (9th Cir.) (in forma pauperis status denied because appeal is frivolous). These strikes were final before plaintiff filed the instant action on January 2,

1  2014.  (ECF No. 15 at 2.)  Moreover, as set forth more fully in the March 7, 2014 order, plaintiff
2  failed to allege facts demonstrating plaintiff is "under imminent danger of serious physical
3  injury," as required by 28 U.S.C. § 1915(g).  (ECF No. 15 at 2-3.)  Thus, plaintiff's motion to
4  proceed in forma pauperis should be denied, and this action should be dismissed based on
5  plaintiff's failure to pay the filing fee.

6       Accordingly, IT IS HEREBY RECOMMENDED that:

7       1.  Plaintiff's motion to proceed in forma pauperis (ECF No. 12) be denied, and

8       2.  This action be dismissed without prejudice.

9       These findings and recommendations are submitted to the United States District Judge
10  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
11  after being served with these findings and recommendations, plaintiff may file written objections
12  with the court and serve a copy on all parties.  Such a document should be captioned "Objections
13  to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
14  objections within the specified time may waive the right to appeal the District Court's order.
15  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

16  Dated:  April 11, 2014

17

18  /bell0106.fpf

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE